**LEGAL AID SOCIETY OF SAN DIEGO, INC.**
MIKA WILBUR (Bar No. 289017)
FANNY CHERNG (Bar No. 27046)
**Legal Aid Society of San Diego, Inc.**
110 South Euclid Avenue
San Diego, California 92114
Tel.: 619-471-2793
Fax: 619-263-5697
mikaw@lassd.org
fannyc@lassd.org

Alara T. Chilton (SBN 236711)
**Law Office of Alara T. Chilton**
185 West "F" St. Suite 100
San Diego, CA 92101
Tel: (619) 672-7201
Email:alarachilton@gmail.com

*Attorneys for Creditors*
Martha and Javier Cordova

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: | Bankruptcy Case No. 2:24-bk-10997-SK |
|---|---|
| Jetsee Salathiel Martinez Esquivel, | Chapter 13 |
| Debtor. | **JOINT STIPULATION TO EXTEND DEADLINE TO FILE ADVERSARY PROCEEDING COMPLAINT FOR CREDITORS MARTHA AND JAVIER CORDOVA** |

IT IS HEREBY STIPULATED AND AGREED by and between Martha Cordova and Javier Cordova (Creditors) and Debtor Jetsee Salathiel Martinez Esquivel (debtor), through their respective counsel of record, as follows:

---

JOINT STIPULATION TO EXTEND DEADLINE TO FILE ADVERSARY PROCEEDING COMPLAINT

**RECITALS**

A.   Creditors filed a state court action against Debtor on January 7, 2021, alleging violations of various consumer protection statutes against Debtor and others.

B.   Debtor filed a Chapter 13 bankruptcy petition on February 9, 2024, which did not identify Creditors on the petition.

C.   Debtor filed an amended petition on March 19, 2024, which also did not identify Creditors on the petition.

D.   Creditors were first notified of Debtor's bankruptcy filing on March 21, 2024, when Debtor's counsel in the state court action emailed a notice of stay due to this bankruptcy filing.

E.   On April 18, 2024, Creditor filed a summary of Amended Schedules, on which the Creditors were now included.

F.   Creditors submitted a proof of claim on April 19, 2024. Creditors received an electronic verification stating the claim was successfully filed in case number 24-10997, claim number 11.

G.   Given the delay in receiving notice of the bankruptcy filing, creditors requested additional time to prepare the Adversary Complaint. Creditors reached out to Debtor's counsel, Hector Vega, and he was agreeable to the extension.

**AGREEMENT**

Subject to the approval of the Bankruptcy Court, the deadline for Creditors to file their adversary proceeding complaint is extended to and including June 21, 2024.

IT IS SO STIPULATED.

Date: May 7, 2024

Respectfully submitted,
LEGAL AID SOCIETY OF SAN DIEGO

By *Fanny Cherng*
FANNY CHERNG
MIKA WILBUR
ALARA CHILTON
Attorneys for Creditors

Date: May 6, 2024

Respectfully submitted,
LAW OFFICES OF HECTOR VEGA

By _____
HECTOR VEGA
Attorney for Debtor