1
2
3
4
5
6
7
8

**UNITED STATES BANKRUPTCY COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

In re:                                          Bankruptcy Case No. 2:24-bk-10997-SK

11

Jetsee Salathiel Martinez Esquivel,             Chapter 13

12                                              **[PROPOSED] ORDER FOR JOINT
        Debtor.                                 STIPULATION ALLOWING CREDITORS
13                                              PAYMENT AND PURSUIT OF DEBTOR'S
                                                SURETY**
14
15
16
17
18                              <u>**ORDER**</u>
19
20          Having reviewed the Joint Stipulation and for good cause shown, the Court **HEREBY**

21  **ORDERS** that:

22          (1)     The terms of the Joint Stipulation filed as docket number _____ are hereby

23                  approved.

24

25  **IT IS SO ORDERED.**

26  DATED: _____, 2024

27                                              _____
28                                              Hon**.**  Sandra R. Klein

-1-