FANNY CHERNG SBN270406
**LEGAL AID SOCIETY OF SAN DIEGO**
110 South Euclid Avenue
San Diego, California 92114
Tel.:  866-534-2524
Fax: 619-263-5697
fannyc@lassd.org

***Attorney for Creditors***
Martha and Javier Cordova

FILED & ENTERED

OCT 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFIORNIA, LOS ANGELES DIVISION

IN RE:

JESTSEE SALATHIEL MARTNIEZ ESQUIVEL,

DEBTOR,

CASE NO. 2:24-bk10997-SK

CHAPTER 13

**ORDER FOR JOINT STIPULATION ALLOWING CREDITORS PAYMENT AND PURSUIT OF DEBTOR'S SURETY**

Having reviewed the Joint Stipulation and for good cause shown, the Court **HEREBY**

**ORDERS THAT**:

(1) The terms of the Joint Stipulation filed as docket number 63 is hereby approved.

**IT IS SO ORDERED.**

Date: October 1, 2024

Sandra R. Klein
United States Bankruptcy Judge

-1-